**FILED**
AUG - 7 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KEVIN MICHAEL JONES,          )
                              )
  Plaintiff,             )
                              )
v.                            )    Civil Action No. 08 1370
                              )
JORGE ALBERTO AVALOS *et al.*, )
                              )
  Defendants.            )

### DISMISSAL ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it is further

ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE. This is a final appealable Order. *See* Fed. R. App. P. 4(a).

Date: July 29, 2008

              United States District Judge