**DISTRICT OF COLUMBIA:**

### IN THE UNITED STATES DISTRICT COURT

**KEVIN MICHAEL JONES**
**Plaintiff**

**v.**

**JORGE ALBERTO AVALOS**
**and**
**W.W.A.T.A.**
**Defendant(s)**

Civil Action No. 08 - 1370
Civil Rights                 ⅃⅁.ℬ.

### NOTICE OF APPEAL

To the Honorable Clerk of the United States District Court:

In accordance with *Federal Rule of Civil Procedure 58(b),* Plaintiff, Kevin M. Jones,

Pro-Se, hereby gives Notice of Appeal to the United States Court of Appeals, pursuant to

*Federal Rule of Civil Procedure 7(a),* in part, from the subsequent ORDER

accompanying the Memorandum Opinion, attached as Exhibit (A), and Entered, by the

Clerk of the United States District Court, on the 29th day of July, 2008; and further

gives Notice, pursuant to *Title 28 U.S.C., Section 1653,* that Notice has been forwarded to

all parties of interest, of Plaintiff's intention to Petition the United States Court of

Appeals for Writ of Certiorari, as to Deprivation of Rights Under Color of Law; whereas,

Plaintiff is seeking a sympathetic and knowledgeable forum for the vindication of his

Federal Rights in attaining justice. A copy of the Notice along with Supplemented

Complaint is attached and incorporated by reference.

Date: August 20, 2008.

Kevin M. Jones, Pro-Se
4713 Wisconsin Ave., N.W.
Washington, D.C. 20016
(202) 364-1419

**RECEIVED**

AUG 2 8 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**FILED**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

AUG − 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KEVIN MICHAEL JONES,     )
                         )
     **Plaintiff,**       )
                         )
     **v.**                )     Civil Action No.  C8 1370
                         )
**JORGE ALBERTO AVALOS** *et al.,*  )
                         )
     **Defendants.**     )

## MEMORANDUM OPINION

This matter comes before the Court on consideration of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application, and dismiss the complaint for lack of jurisdiction.

Unlike state courts of general jurisdiction, federal district courts have limited jurisdiction. A federal district court has jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. Here, however, the complaint refers to an underlying tort action against two non-federal defendants, an individual and the Washington Metropolitan Area Transit Authority ("WMATA"), and to plaintiff's dissatisfaction with the courts in the State of Virginia, neither of which is a matter arising under federal law.

A federal district court also has jurisdiction over civil actions in matters where the controversy exceeds $75,000 and where there is complete diversity of citizenship among the parties. *See* 28 U.S.C. § 1332(a). Here it appears that one of the defendants, WMATA, and the plaintiff are both citizens of the District of Columbia, and therefore, complete diversity of citizenship among the parties is lacking.

EXHIBIT A

3

Accordingly, the Court will dismiss the complaint, without prejudice, for lack of subject matter jurisdiction. An appropriate order accompanies this memorandum opinion.

Date: July 29, 2008

_____
United States District Judge

EXHIBIT A

FILED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AUG − 7 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

KEVIN MICHAEL JONES,                )
                                    )
            Plaintiff,              )
                                    )
    v.                              )        Civil Action No.  08  1370
                                    )
JORGE ALBERTO AVALOS *et al.*,      )
                                    )
            Defendants.             )

## DISMISSAL ORDER

For the reasons stated in the accompanying memorandum opinion, it is hereby

ORDERED that plaintiff's application to proceed *in forma pauperis* is GRANTED, and it

is further

ORDERED that the complaint is DISMISSED WITHOUT PREJUDICE. This is a final

appealable Order. *See* Fed. R. App. P. 4(a).

Date: July 29, 2008          _____
                             United States District Judge

EXHIBIT A

## AFFIDAVIT

**DISTRICT OF COLUMBIA**
**CITY OF WASHINGTON,** to wit:

Kevin Michael Jones, being first duly sworn, deposes and says:

1. Kevin M. Jones, Pro-Se, is the attorney of record for Kevin Michael Jones, Plaintiff in the above-referenced and entitled cause, and Petitioner in this application for a Writ of Certiorari;

2. Petitioner, through his attorney, in accordance with the Rules of this Honorable Court and the laws of this State, gave Notice of his intention to apply to this Court for a Writ of Certiorari in this case, such being addressed to All Parties of Interest, original Defendant and parties amicus, and also to the Supreme Court of Virginia and the Circuit Court of the County of Fairfax, Virginia, a copy of the Notice is attached and incorporated by reference.

3. Affiant further declares that all averments made in this Affidavit and in the attached Complaint are true and correct.

Kevin M. Jones, Pro-Se,

Sworn to and subscribed to before me on this 28th day of August, 2008.

My commission expires: _2-28-09_

Notary Public

Deborah S. Sterling
Commonwealth of Virginia
Notary Public
Commission No. 300825
My Commission Expires 2/28/2009

Kevin M. Jones, Pro-Se
4713 Wisconsin Ave., N.W.
Washington, D.C. 20016
(202) 364-1419

**VIRGINIA:**

## IN THE SUPREME COURT OF VIRGINIA

**KEVIN MICHAEL JONES**
**Plaintiff**

v.                                    Record No. _____
                                      **Court of Appeals of Virginia Record No. 1149-08-4**
                                      **Circuit Court of Fairfax County Case No. CL-06-7320**

**JORGE ALBERTO AVALOS**
**and**
**W.M.A.T.A.**
**Defendant(s)**

### NOTICE OF INTENTION TO APPLY FOR WRIT OF CERTIORARI

To the Supreme Court of Virginia, Respondent:

The above-named Petitioner, Kevin Michael Jones, applies, to the United States District

Court at the District of Columbia seeking Judicial Dissolution by the United States Court

of Appeals, pursuant to the provisions of *Code of Virginia, Section 8.01-267,* and under

the provisions of *Code of Virginia, Section 8.01-265,* for a Writ of Certiorari to review

the relevant excepted to proceedings in the Circuit Court of the County of Fairfax and

from the ORDER of Respondent, The Supreme Court of Virginia, under which ORDER

Respondent, on June 17, 2008, compelled Petitioner to submit his Petition for Appeal and

Fifty Dollars ($50.00 Dollars) filing fee in the Supreme Court of Virginia by July 18,

2008, in the case of Kevin Michael Jones v. Jorge Alberto Avalos and W.M.A.T.A., Case

No. CL-06-7320, on Appeal from the Circuit Court of the County of Fairfax via the Court

of Appeals of Virginia. In support of this Application, Petitioner states:

### I. Order and Opinion Below

On June 17, 2008, Respondent duly made and Entered an ORDER under which

Respondent on its own discretion refused to file and docket the Petitioner's timely Notice

of Appeal and ORDER(ed) the Petitioner, who is indigent, to tender Fifty Dollars

($50.00 Dollars) filing fee and his Petition for Appeal in the case of Kevin Michael Jones

v. Jorge Alberto Avalos and W.M.A.T.A., Record No. 1149-08-4, on transfer of case by

the Court of Appeals of Virginia from the Circuit Court of the County of Fairfax. Such

ORDER(s) is set forth in full in Exhibit (1), which Exhibit is attached to this Petition and

incorporated by reference

## II. Statement of Facts

Facts necessary to an understanding of the issues presented by this Application are as

Follows: The Defendants failed to respond to Notice of Institution of Suit, as to liability

for injury to passenger in a motor vehicle, in a timely fashion, placing themselves in

Default; the Circuit Court of the County of Fairfax relieved the Defendants, Jorge Alberto

Avalos and W.M.A.T.A., of Default Judgment without sanctioning either party, and

arbitrarily and capriciously proceeded to dismiss with prejudice the Petitioner's action

against each Defendant, in the matter of controversy of Kevin Michael Jones v. Jorge

Alberto Avalos and W.M.A.T.A.; whereas, the Petitioner has *"indigence"* status

determined by the Circuit Court, thus, allowed to proceed *"In Forma Pauperis,"* and on

the grounds that his Notice of Appeal is timely and his matter of course is under the

provisions of pertinent Virginia Statutes and Rules of Court. However, Respondent, the

Supreme Court of Virginia made and Entered an ORDER conflicting with the Petitioner's

scheduled actions in another Jurisdiction; inasmuch, compelling Petitioner to tender an

overly burdensome filing fee, which would pre-empt the indigent Petitioner from

maintaining his meritorious cause of action. Consequently, such ORDER, under the

provisions of *Supreme Court of Virginia Rule 5A:10,* and *Code of Virginia, Section 17.1-*

*606,* is in excess of the jurisdiction of the Respondent and is thus reviewable on Writ of Certiorari by the United States Court of Appeals.

## III. Statement of Issues Presented

1. On June 17, 2008, the Supreme Court of Virginia made and Entered an ORDER compelling the Petitioner to submit his Petition for Appeal and tender Fifty Dollars filing fee by July 18, 2008. The Petitioner is currently in proceedings in the United States Court of Appeals and the United States District Court at the District of Columbia in unrelated civil matters, in his reasonable effort to manage his cases and schedule proceedings in accordance with the parties of interest, the ORDER of the Supreme Court of Virginia is overly burdensome and in excess of the Court's Jurisdiction; whereas, Petitioner has been determined "indigent" in his meritorious claim by the Circuit Court, and, in particular causes of action at the instance of the parties, in this matter, the adjudications have not been based upon the relative sound just principles conferred by statute, from which the aggrieved Petitioner appeals. The matter of course taken by the Petitioner allowed reasonable scheduling, relative to the pleading timetables and circumstances, of this matter and his other proceedings. In this cause of action the Petitioner moved to have his case reinstated, in the Circuit Court, and timely appealed the Circuit Court's refusal to reinstate; the case having been through the Appellate Courts, Petitioner timely moved to the Court of Appeals of Virginia for Certification of Questions to be Presented to the Supreme Court of Virginia.

A. On March 30, 2007, the Circuit Court granted Defendant W.M.A.T.A.'s, Motion to Dismiss, Petitioner's cause of action with Prejudice, without assembling a jury, as to alleged negligence; whereas, under the provisions of pertinent Virginia statutes,

Petitioner made the legally sufficient inference as to the party's negligence.

B. After complying with Defendant W.M.A.T.A.'s, instanced Deposition, and, upon acquiring and receiving the Decisions of Appealed action from the Court of Appeals of Virginia Record No.2713-06-4 now 1149-08-4 and Supreme Court of Virginia, in this matter, Petitioner filed in the Circuit Court, Motion for Mechanic's Lien and Supplemental Bill in the Nature of a Bill of Review, to be heard on March 2, 2007; however, the Circuit Court deprived the Petitioner of the Constitutional Right to be heard, thus refused Petitioner his day in Court.

C. On December 1, 2006, the Circuit Court granted Defendant Avalos' Motion for Dismissal upon Counsel's expressed implication that medical records, at such time not acquired, would prejudice his case; whereas, Petitioner in correspondence with Avalos' Counsel submitted the records obtained and placed a request for the unattained records requested in the Defendant's Request for Documents, which had not arrived by the due date of the accord, upon receipt of pertinent medical records, Petitioner forwarded the Documents to Defendant W.M.A.T.A. and Defendant Avalos.

D. On September 29, 2006, the Circuit Court denied the Petitioner the Constitutional Right to Just Compensation for services rendered; whereas, Petitioner moved to protect his guaranteed substantial right of not having a property interest to which he has a legitimate claim of entitlement taken for public use without just compensation.

E. On September 8, 2006, the Circuit Court denied Petitioner the liberal right to expressly exercise the Appeal clause of the Attorney-Client contract implied at the institution of suit; whereas, Petitioner, aggrieved by a preceding Adversarial Adjudication, proceeded to Appeal in reasonable effort to attain an ends to justice.

F. On August 25, 2006, the Circuit Court granted Defendant Avalos' Motion to file

Grounds of Defense, Nunc Pro Tunc, and Cross-Claim to Defendant W.M.A.T.A.;

whereas, Petitioner, upon fulfilling all the statutory requirements moved for Default

Judgment after the Defendants did not timely respond to Notice of Institution of Suit.

### IV. Statement of Relief Sought

Petitioner seeks to have the United States District Court at the District of Columbia of

Columbia intervene, upon transfer of this matter of controversy from State Court to

Federal Court, proscribing a Judicial Review by the United States Court of Appeals on

Writ of Certiorari, the set forth ORDER compelling Petitioner to render Fifty Dollars

($50 Dollars) filing fee or face dismissal of his meritorious claim and to make and Enter

Judgment declaring that Respondent acted in excess of its Jurisdiction in making and

entering the ORDER, and such ORDER is thus void and unenforceable, and, that the

United States Court of Appeals on such Writ of Certiorari review the Adversarial

Adjudications rendered by the Circuit Court of the County of Fairfax set forth in the

Issues Presented, which Exhibits is attached and marked Exhibits A through F and

incorporated by reference, and reverse the Judgments rendered by the Circuit Court of the

County of Fairfax dissolving such Court imposed injunction and Mandate that the State

Courts refrain, cease, and desist from any further proceedings in this matter.

### V. Reason Why Writ Should Issue

The reasons a Writ of Certiorari should issue in this matter are that the Defendants in

this case from onset placed themselves in Default, which was determined valid by the

Court of Appeals of Virginia; however, at such time, the Supreme Court of Virginia

refused to file, docket, and adjudicate the matter at hand; therein, Petitioner proceeded, in

good faith, to have the Adversarial Adjudications corrected in the Circuit Court of the County of Fairfax, whom upon a fiction proceeded to impose an injunction against the Petitioner in contempt of State, whereas, through a Deprivation of Rights Under Color of Law, Petitioner has been deprived the substantial relief which he is entitled. Petitioner has respectfully requested the case be transferred to the United States District Court at the District of Columbia with respect to jurisdictional subject matter, inasmuch, case management to avoid increase in cost of litigation; henceforth, to be reviewed by the United States Court of Appeals; whereas, if the case is dismissed by the Supreme Court of Virginia for failure to tender Fifty Dollars ($50.00 Dollars) filing fee, it is not appealable, and the only remedy the Petitioner would have would be to the United States Supreme Court for a Writ of Certiorari, thus, on remand a Petition to the United States Court of Appeals at the District of Columbia.

Attached to this Notice as Exhibits, and incorporated by reference, are Exhibits 1 and Exhibits A through F, in which documents are set forth with respect to the Issues Presented and the Relief Sought.

WHEREFORE, Petitioner, Kevin Michael Jones, prays that the Supreme Court of Virginia:

1. Review its own ORDER dated June 17, 2008, compelling Petitioner to submit his Petition for Appeal and Fifty Dollars ($50.00 Dollars) filing fee in the case of Kevin Michael Jones v. Jorge Alberto Avalos and W.M.A.T.A., and make an ORDER declaring such ORDER to be void and unenforceable, and to issue an ORDER transferring the matter of controversy to the United States District Court at the District of Columbia, commanding the Circuit Court of the County of Fairfax to set aside and suspend the

ORDER(s) referred to in this Petition, and refrain, cease, and desist from any further

proceedings in the case of Kevin Michael Jones v. Jorge Alberto Avalos and

W.M.A.T.A., Case No. CL-06-7320, in the Circuit Court of the County of Fairfax; and

2. Grant Petitioner such other and further relief as the Court may deem proper.

Date: July 31, 2008.

                                        Kevin M. Jones, Pro-Se,

Kevin M. Jones, Pro-Se
4713 Wisconsin Ave., N.W.
Washington, D.C.  20016
(202) 364-1419

# *VIRGINIA:*

*In the Supreme Court of Virginia held at the Supreme Court Building in the*

*City of Richmond on*  Tuesday  *the*  17th  *day of*  June, 2008.

Kevin Michael Jones,                                    Appellant,

 against      Circuit Court No. CL-06-7320

Jorge Alberto Avalos, et al.,                           Appellees.

From the Circuit Court of Fairfax County

     This case having been transferred from the Court of
Appeals of Virginia, the appellant shall have until July 18, 2008
to file a petition for appeal and $50 filing fee in the Supreme
Court of Virginia.

               A Copy,

                Teste:

                  Patricia L. Harrington, Clerk

        By:

          Deputy Clerk

EXHIBIT 1

APPEAL, CLOSED, PROSE-NP, TYPE-E

# U.S. District Court
# District of Columbia (Washington, DC)
# CIVIL DOCKET FOR CASE #: 1:07-cv-02066-UNA
# Internal Use Only

JONES v. UNITED STATES OF AMERICA
Assigned to: Unassigned
Demand: $130,000,000
Case in other court: USCA, 07-05404
Cause: 28:2671 Federal Tort Claims Act

Date Filed: 11/15/2007
Date Terminated: 11/15/2007
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**KEVIN M. JONES**            represented by **KEVIN M. JONES**
4713 Wisconsin Avenue, NW

Washington, DC 20016
(202) 364-1419
PRO SE

V.

**Defendant**

**UNITED STATES OF AMERICA**

| Date Filed | # | Docket Text |
|---|---|---|
| 11/15/2007 | 1 | COMPLAINT against UNITED STATES OF AMERICA filed by KEVIN M. JONES.(ls, ) |

EXHIBIT 1

| | | |
|---|---|---|
| | | (Entered: 12/10/2007) |
| 11/15/2007 | | SUMMONS Not Issued as to UNITED STATES OF AMERICA (ls, ) (Entered: 12/10/2007) |
| 11/15/2007 | 2 | MOTION for Leave to Proceed in forma pauperis by KEVIN M. JONES (ls, ) (Entered: 12/10/2007) |
| 11/15/2007 | 3 | MOTION for Judgment by KEVIN M. JONES (ls, ) (Entered: 12/10/2007) |
| 11/15/2007 | 4 | MEMORANDUM OPINION Signed by Judge Ellen S. Huvelle on 11/5/07. (ls, ) (Entered: 12/10/2007) |
| 11/15/2007 | 5 | ORDER DISMISSING PRO SE CASE WITHOUT PREJUDICE; Further ordered that the plaintiff's application to proceed in forma pauperis [Dkt. No. 2] is granted. Signed by Judge Ellen S. Huvelle on 11/5/07. (ls, ) (Entered: 12/10/2007) |
| 12/03/2007 | 6 | NOTICE OF APPEAL as to 5 Order Dismissing Pro Se Case by KEVIN M. JONES. (ls, ) (Entered: 12/10/2007) |
| 12/06/2007 | 7 | MOTION to Amend 6 Notice of Appeal by KEVIN M. JONES (ls, ) (Entered: 12/10/2007) |
| 12/10/2007 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 6 Notice of Appeal (ls, ) (Entered: 12/10/2007) |
| 12/19/2007 | | USCA Case Number 07-5404 for 6 Notice of Appeal filed by KEVIN M. JONES. (ls, ) (Entered: 01/08/2008) |
| 01/09/2008 | 8 | MOTION for Leave to Appeal by KEVIN M. JONES (ls, ) (Entered: 01/10/2008) |
| 01/10/2008 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals re 6 Notice of Appeal (ls, ) (Entered: 01/10/2008) |
| 01/18/2008 | 9 | ORDER granting 8 Motion for Leave to Appeal. |

EXHIBIT 1

| | | |
|---|---|---|
| | | Signed by Judge John D. Bates on 1/15/08. (ls, ) (Entered: 01/18/2008) |
| 01/18/2008 | 10 | ORDER granting 7 Motion to Amend/Correct. Signed by Judge Reggie B. Walton on 12/26/07. (ls, ) (Entered: 01/18/2008) |
| 01/29/2008 | 11 | MOTION for Reasonable Attorney Fees by KEVIN M. JONES (ls, ) (Entered: 05/22/2008) |
| 02/05/2008 | 12 | Supplemental Pleading in Support of Motion for Reasonable Attorney's Fees by KEVIN M. JONES (ls, ) (Entered: 05/22/2008) |
| 04/11/2008 | 13 | MOTION for Emergency Relief by KEVIN M. JONES (ls, ) (Entered: 05/22/2008) |

EXHIBIT 1

8/8/2008

07−5404 Jones, Kevin v. USA

**General Docket**
**United States Court of Appeals for DC Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 07−5404 | **Docketed:** 12/19/2007 |
| **Nature of Suit:** 2890 Other Statutory Actions | |
| Jones, Kevin v. USA | |
| **Appeal From:** United States District Court for the District of Columbia | |
| **Fee Status:** IFP | |

**Case Type Information:**
   1) Civil US
   2) United States
   3) −

**Originating Court Information:**
   **District:** 0090−1 : 07cv02066                                      **Lead:** 07cv02066
   **Trial Judge:** Ellen Segal Huvelle, U.S. District Judge
   **Date Filed:** 11/15/2007

| **Date Order/Judgment:** | **Date NOA Filed:** |
|---|---|
| 11/15/2007 | 12/03/2007 |

**Prior Cases:**
   None

**Current Cases:**
   None

Exhibit 1

Kevin M. Jones,

       Plaintiff – Appellant

       v.

United States of America,

       Defendant – Appellee

EXHIBIT 1

| | |
|---|---|
| 07/03/2008 | Incorrect Docket Entry–Disregard UNOPPOSED MOTION filed [1128485] by Kevin M. Jones concerning appendix deferral [Service Date:07/02/2008 ] [07–5404]––[Edited 07/21/2008 by EVS] UNOPPOSED MOTION filed [1128485] by [07–5404] [DUPLICATE COPY] |
| 07/03/2008 | APPELLANT BRIEF [1128481] filed by Kevin M. Jones [Service Date:07/02/2008 ] Copies: 10 (Final Brief); Pages: 1–10; Disclosure Statement: Not Attached; Certificate of Parties: Not Applicable to this Filing [07–5404] |
| 07/03/2008 | Filed Date was Modified for Entry – APPELLANT BRIEF [1127532] filed by Kevin M. Jones [Service Date:07/01/2008 ] Copies: 7 (Initial Brief); Pages: 21–30; Disclosure Statement: Not Applicable to this Party; Certificate of Parties: Previously Filed [07–5404]––[Edited 07/16/2008 by SMC] |
| 07/03/2008 | MOTION filed [1127533] by Kevin M. Jones concerning appendix deferral (Response to Motion served by mail due on 07/17/2008) [Service Date:07/01/2008 ] Copies: 5 (Motion/Petition); Pages: 1–10; Disclosure Statement: Not Applicable to this Party; Certificate of Parties: Not Applicable to this Filing [07–5404] |
| 06/11/2008 | CLERK'S ORDER filed [1121065] deferring consideration of motion for attorney fees [1119144–2] pending receipt of appellant's brief. [07–5404] |
| 05/27/2008 | UNOPPOSED MOTION filed [1119144] by Kevin M. Jones for attorneys fee [Service Date:05/23/2008 ] [07–5404] |
| 03/20/2008 | CERTIFIED MAIL RECEIPT [1107352] RECEIVED from Jonathan Gun [signed for on 03/17/2008] for order [1105532–2] sent to Appellant Kevin M. Jones [07–5404] |
| 03/14/2008 | CERTIFIED MAIL [1105532–1] SENT with return receipt requested ( Receipt #: 70070710000471896838 ) of clerk order fail to respond warning [1105528–1] Certified mail receipt due 4/14/08 for Kevin M. Jones . |
| 03/14/2008 | FIRST CLASS MAIL SENT [1105531–1] of clerk order fail to respond warning [1105528–1] . |
| 03/14/2008 | CLERK'S ORDER filed [1105528] granting motion extend time filed by Kevin M. Jones [1100732–1] regarding the clerk order establishing the initial briefing schedule [1093212–1] . Appellant's brief and appendix due on 7/7/08. Failure to respond shall result in dismissal of the case lack of prosecution. The Clerk is directed to send a copy of this order to appellant both by certified mail, return receipt requested, and by first class mail. [Entry Date: 3/14/08] |
| 02/19/2008 | MOTION filed (5 copies) by Appellant Kevin M. Jones (certificate of service dated 2/19/08 ) to extend [1100732–1] the briefing schedule [1093212–1] until 7/5/08 . |
| 01/29/2008 | CERTIFIED MAIL RECEIPT [1096533–1] RECEIVED by Kevin M. Jones for Appellant Kevin M. Jones (signed for on 1/25/08 ) in response to a clerk order establishing the initial briefing schedule [1093212–1] ., to a clerk mail null [1093214–1] . |
| 01/18/2008 | FIRST CLASS MAIL SENT [1093215–1] of clerk order establishing the initial briefing schedule [1093212–1], clerk order fail to respond warning [1093212–2] . |
| 01/18/2008 | CERTIFIED MAIL [1093214–1] SENT with return receipt requested (Receipt #: 7007 0710 0004 7189 6869) of clerk order establishing the initial briefing schedule [1093212–1] Certified mail receipt due 2/19/08 for Kevin M. Jones. |
| 01/18/2008 | CLERK'S ORDER filed [1093212], on the court's own motion, establishing the initial briefing schedule [1093212–1]: Appellant's brief/appendix due on 3/5/08. Failure to respond shall result in dismissal of the case for lack of prosecution. [SEE ORDER FOR FURTHER DETAILS]. The Clerk is directed to send the order to appellant by certified mail, return receipt requested and by first class mail [1093212–1]. [Entry Date: 1/18/08] |

EXHIBIT 1

07–5404 Jones, Kevin v. USA

| 12/19/2007 | CIVIL–US CASE docketed. Notice of Appeal filed by Appellant Kevin M. Jones. [1087272–1] |

EXHIBIT 1

PROSE-NP, TYPE-C

## U.S. District Court
## District of Columbia (Washington, DC)
## CIVIL DOCKET FOR CASE #: 1:08-cv-00852-EGS
### Internal Use Only

JONES v. TAYLOR
Assigned to: Judge Emmet G. Sullivan
Cause: 42:405 Review of HHS Decision (SSID**)**

Date Filed: 05/19/2008
Jury Demand: None
Nature of Suit: 864 Social Security: SSID Tit. XV1
Jurisdiction: U.S. Government Defendant

**Plaintiff**
**KEVIN MICHAEL JONES**

represented by **KEVIN MICHAEL JONES**
4713 Wisconsin Avenue, NW
Washington, DC 20016
PRO SE

V.

**Defendant**
**WILLIAM TAYLOR**
*Commissioner of Social Security*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2008 | 1 | COMPLAINT against WILLIAM TAYLOR (Filing fee $ 0.00) filed by KEVIN MICHAEL JONES. (Attachments: # 1 Exhibit, # 2 Civil Cover Sheet)(jf, ) (Entered: 05/22/2008) |
| 05/19/2008 | | SUMMONS Not Issued as to WILLIAM TAYLOR. (jf) (Entered: 05/22/2008) |
| 05/19/2008 | 2 | MOTION for Leave to Proceed in forma pauperis by KEVIN MICHAEL JONES. (jf, ) (Entered: 05/22/2008) |
| 05/19/2008 | | FIAT ORDER granting 2 Motion for Leave to Proceed in forma pauperis. Signed by Judge Paul L. Friedman on 05/15/08. (jf, ) (Entered: 05/22/2008) |
| 05/19/2008 | 3 | MOTION to issue summons by KEVIN MICHAEL JONES. (jf, ) (Entered: 05/22/2008) |
| 06/13/2008 | | (Court only) ***Staff notes (td, ) (Entered: 06/13/2008) |
| 06/17/2008 | | SUMMONS (3) Issued as to WILLIAM TAYLOR, U.S. Attorney and U.S. |

EXHIBIT 1

| | | Attorney General. (jf, ) (Entered: 06/18/2008) |
|---|---|---|
| 07/01/2008 | 4 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to the US Attorney served on 6/25/2008, answer due 8/24/2008 (td, ) (Entered: 07/03/2008) |
| 07/03/2008 | 5 | RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed on Attorney General. Date of Service Upon Attorney General 6/24/08., RETURN OF SERVICE/AFFIDAVIT of Summons and Complaint Executed as to WILLIAM TAYLOR served on 6/23/2008, answer due 8/22/2008. (jf, ) (Entered: 07/09/2008) |

EXHIBIT 1

# VIRGINIA:

*In the Court of Appeals of Virginia on* Wednesday *the* 11th *day of* June, 2008.

Kevin M. Jones, Sometimes Known as
  Kevin Michael Jones,                                                    Appellant,

against                Record No. 1149-08-4
                       Circuit Court No. CL-06-7320

Jorge Alberto Avalos and
  W.M.A.T.A.,                                                             Appellees.

From the Circuit Court of Fairfax County

It appears that this Court does not have jurisdiction over this case. Accordingly, the case hereby is transferred to the Supreme Court of Virginia pursuant to Code § 8.01-677.1.

A Copy,

Teste:

Cynthia L. McCoy, Clerk

By:

Deputy Clerk

EXHIBIT 1

# COURT OF APPEALS
# OF VIRGINIA



**CHIEF JUDGE**
  WALTER S. FELTON, JR.
**JUDGES**
  LARRY G. ELDER
  ROBERT P. FRANK
  ROBERT J. HUMPHREYS
  JEAN HARRISON CLEMENTS
  D. ARTHUR KELSEY
  ELIZABETH A. McCLANAHAN
  JAMES W. HALEY, JR.
  WILLIAM G. PETTY
  RANDOLPH A. BEALES
  LeROY F. MILLETTE, JR.

**SENIOR JUDGES**
  SAM W. COLEMAN III
  JERE M.H. WILLIS, JR.
  ROSEMARIE ANNUNZIATA
  RUDOLPH BUMGARDNER, III
  JOHANNA L. FITZPATRICK
**CLERK**
  CYNTHIA L. McCOY
**REPORTERS**
  RONALD J. BACIGAL
  ROBERT E. SHEPHERD, JR.
**CHIEF STAFF ATTORNEY**
  JOHN T. TUCKER, III

**109 NORTH EIGHTH STREET**
**RICHMOND, VIRGINIA 23219-2321**
**(804) 371-8428 (V/TDD)**

May 14, 2008

Mr. Kevin M. Jones
4713 Wisconsin Avenue, NW
Washington, DC 20016

    Re:   *Kevin Michael Jones v. Jorge Alberto Avalos, et al.*

Dear Mr. Jones:

    The notice of appeal in the above-referenced case was received in this office on May 12, 2008 without the required $50.00 filing fee. Pursuant to Rule 5A:6(c), the fee, or proper evidence that you are exempt from the payment of such, must be **received** in this office by the close of business on **May 22, 2008** in order for the notice to be filed. Rule 5A:6(c) provides that "if the fee is not received within such time, the appeal will be dismissed."

    This office has been unable to obtain any information from the trial court regarding this matter. Please note that a notice of appeal must be filed in the **trial court** within 30 days of entry of the final order. Please take those actions you deem necessary to file a timely notice of appeal with the trial court.

    I attempted to notify you of the above by telephone. The telephone number you listed on your notice of appeal was for an organization by the name of Community Counsel for the Homeless. I called that number today and left a message with the receptionist, Jonathan, for you to return my call. As of the time of writing this letter, I have not received a call from you.

        Sincerely,

        Justin Shelton
        Deputy Clerk

Enclosure
C:    Brenda R. Howdershell, Esq.
      Frederic H. Schuster, Esq.

EXHIBIT 1



VIRGINIA:

## IN THE CIRCUIT COURT OF FAIRFAX COUNTY

Kevin Jones

       Plaintiff / ~~Complainant~~

                                Case No. CL-06-7320

V.

WMATA

       Defendant

## ORDER

This cause came to be heard on the 18ᵗʰ day of April , 2008,

on the Plaintiff's / ~~Defendant's~~ motion for reinstatement

Upon the matters presented to the Court at the hearing, it is **ORDERED** as

follows: Plaintiff's motion to re-instate his complaint is DENIED

Entered this 18 day of April , 2008.

                                                    Judge

PRO-SE OBJECTS

SEEN:

_____         _____

Counsel for Plaintiff (s)             Counsel for Defendant (s)

TESTE:
____ EY CLERK

Fredric H. Schuster

Counsel for Defendant

EXHIBIT 1

V I R G I N I A :

IN THE FAIRFAX COUNTY CIRCUIT COURT

KEVIN JONES               :
                       :
    Plaintiff        :
                       :
v.                     :
                     : CL No. 06-7320
WMATA, *et al.*      :
                     :
    Defendants.     :

## ORDER GRANTING DEFENDANT WMATA'S MOTION FOR SUMMARY JUDGMENT

Upon consideration of Defendant WMATA's Motion for Summary Judgment pursuant to

Rule 3:18, Plaintiff's opposition thereto, and argument by the parties in open court, it is this 30th

day of March, 2007, Ordered that Defendant WMATA's Motion for the Summary Judgment is

Granted. By Request for Admissions served upon Plaintiff on February 20, 2007, and responses

thereto served by Plaintiff on March 6, 2007, Plaintiff admits that he was a passenger on a REX

bus on December 30, 2004, which while completely stopped in the far right curb lane of

Richmond Highway, was rear-ended by a vehicle operated by Defendant Avalos. Plaintiff

further admits that the operator of the bus "did nothing to cause the rear end collision" and he

"observed no wrongdoing" by the bus operator. See: Plaintiff's Responses to Defendant's

Requests for Admissions 1-4. Since Plaintiff admits Defendant WMATA's bus operator was not

at fault in causing the accident and his alleged injuries, there is no material fact genuinely in

dispute regarding the bus operator's alleged negligence, and therefore Defendant WMATA is

entitled to summary judgment in its favor and this matter is dismissed with prejudice. It is

Page 1 of 2

EXHIBIT A

further ordered that the Clerk shall remove this matter from the April 17, 2007 trial docket and

shall mail copies of this order to all parties and counsel of record.

_____
R. Terrence Ney, Judge, Fairfax
County Circuit Court

I ASK FOR THIS:                                SEEN AND AGREED:

_____    _____
Fredric H. Schuster, Va. Bar #17267            Brenda R. Howdershell, Va. Bar #29032
Associate General Counsel-WMATA                Allstate Staff Counsel
600 Fifth Street, N.W.                         3141 Fairview Park Drive
Washington, D.C. 20001                         Suite 175
(202)-962-2560                                 Falls Church, Virginia 22042
Counsel for Defendant WMATA                    (703)-645-7821
                                               Counsel for Cross- Defendant Avalos

SEEN AND OBJECTED TO:

_____   EXCEPTIONALLY OBJECT
Kevin M. Jones, *pro se*
4713 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202)-364-1419
Plaintiff

A COPY TESTE:
JOHN T. FREY, CLERK
BY: _____
        Deputy Clerk
Date: 3/30/07
Original retained in the office of
the Clerk of the Circuit Court of
Fairfax County, Virginia

EXHIBIT A

ABV
3/2/0

V I R G I N I A :

## IN THE FAIRFAX COUNTY CIRCUIT COURT

KEVIN JONES                    :
                               :
    Plaintiff              :
                               :
v.                             :
                               : CL No. 06-7320
WMATA, *et al.*                :
                               :
    Defendants.            :

### ORDER DENYING PLAINTIFF KEVIN JONES' MOTION FOR THE IMPOSITION OF A MECHANICS LIEN AGAINST DEFENDANT WMATA

Upon the Plaintiff's January 24, 2007 and February 16, 2007 Motions To Impose a

Mechanics Lien against Defendant WMATA, Defendant WMATA's February 2, 2007

opposition, a review of the record, and argument of the Plaintiff and counsel, it is, this 2nd day

of March, 2007, Ordered that Plaintiff's Motion To Impose A Mechanics Lien is completely

without merit and is DENIED. The Clerk shall mail copies of this order to all parties and

counsel of record.

Entered: March 2, 2007

_____
Arther B. Vieregg, Jr., Judge
Fairfax County Circuit Court

I ASK FOR THIS:

_____
Fredric H. Schuster, Va. Bar #17267
Associate General Counsel-WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001
(202)-962-2560
Counsel for Defendant WMATA

SEEN AND AGREED:

_____
Brenda R. Howdershell, Va. Bar #29032
Allstate Staff Counsel
3141 Fairview Park Drive
Suite 175
Falls Church, Virginia 22042
(703)-645-7821
Counsel for Cross- Defendant Avalos

EXHIBIT B

SEEN AND OBJECTED TO:

~~Kevin M. Jones,~~ *pro se*    EXCEPTIONALLY OBJECT
4713 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202)-364-1419
Plaintiff

Page **2** of 2

EXHIBIT B

V I R G I N I A:

## IN THE FAIRFAX COUNTY CIRCUIT COURT

KEVIN JONES                :
                       :
      Plaintiff       :
                       :
v.                     :
                     : CL No. 06-7320
WMATA, *et al.*       :
                     :
      Defendants.     :

## ORDER DENYING PLAINTIFF KEVIN JONES' MOTIONS FOR REHEARING AND BILL OF REVIEW OF THE COURT'S DENIAL OF HIS MOTION FOR DEFAULT JUDGMENT

It appearing to the Court that Plaintiff's July 24, 2006 Motion for Default Judgment was was heard and denied by Judge Roush on August 25, 2006, and that Judge Roush further denied Plaintiff's Petition to Rehear the same motion on October 19, 2006, and that Plaintiff's motion has been fully heard and is without merit, it is this 2nd day of March, 2007, Ordered that Plaintiff's February 16, 2007 "Motion to Rehear" and February 28, 2007, "Bill of Review" is DENIED. The Clerk shall mail copies of this order to all parties and counsel of record.

                                           _____
                                           Arther B. Vieregg, Jr., Judge
                                           Fairfax County Circuit Court

WE ASK FOR THIS:

_____
Fredric H. Schuster, Va. Bar #17267
Associate General Counsel-WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001

_____
Brenda R. Howdershell, Va. Bar #29032
Allstate Staff Counsel
3141 Fairview Park Drive
Suite 175

EXHIBIT B

(202)-962-2560                        Falls Church, Virginia 22042
Counsel for Defendant WMATA           (703)-645-7821
                                      Counsel for Cross- Defendant Avalos


SEEN AND OBJECTED TO:


_____
Kevin M. Jones, *pro se*
4713 Wisconsin Avenue, N.W.
Washington, D.C. 20016
(202)-364-1419
Plaintiff

EXHIBIT B

# *VIRGINIA:*

*In the Supreme Court of Virginia held at the Supreme Court Building in the City of Richmond on*    Wednesday *the* 20th *day of*    December, 2006.

Kevin M. Jones,                                          Appellant,

 against          Circuit Court No. CL-2006-0007320

WMATA: Rex Bus Company, et al.,                Appellees.

From the Circuit Court of Fairfax County

On consideration of the record and papers transferred by the Court of Appeals of Virginia on November 30, 2006, the Court is of opinion that the order entered by the circuit court on August 25, 2006, to which the appellant filed a notice of appeal, is not a final, appealable order.  Therefore, the appeal in this case is dismissed.  This dismissal, however, is without prejudice to appellant's right to appeal from an appealable order of the circuit court.

A Copy,

Teste:

Clerk

EXHIBIT B

# *VIRGINIA:*

*In the Court of Appeals of Virginia on* Thursday *the* 30th *day of* November, 2006.

Kevin M. Jones,

Appellant,

against      Record No. 2713-06-4
                     Circuit Court No. CL-2006-0007320

WMATA: Rex Bus Company,
  Jorge Alberto Avalos and

Appellees.

From the Circuit Court of Fairfax County

It appears that this Court does not have jurisdiction over this case. Accordingly, the case hereby transferred to the Supreme Court of Virginia pursuant to Code § 8.01-677.1.

A Copy,

Teste:

Cynthia L. McCoy, Clerk

By:

Deputy Clerk

EXHIBIT B

# COURT OF APPEALS OF VIRGINIA

109 North Eighth Street, Richmond, Virginia 23219-2305
(804) 371-8428(V/TDD)



## NOTICE RE:

*KEVIN M. JONES v. WMATA: THE REX BUS COMPANY, ET A*
Record No. 2713-06-4

This is to notify you that the record of the proceedings in this case in the trial court was received in the clerk's office of the Court of Appeals of Virginia on November 1, 2006. Because this office failed to promptly notify counsel of the receipt of the record, the 40-day time period for filing the petition for appeal in this case shall commence from **November 7, 2006.**

The rules of practice before the Court of Appeals of Virginia are found in the Rules of the Supreme Court of Virginia at Part 5A, published as volume 11, Code of Virginia Annotated. Under those rules, the date on which the record is received at this Court is used to establish the beginning of important periods allowed for the filing of further documents and pleadings. In particular:

1. In appeals by petition, the petition for an appeal is due no later than 40 days after the date on which the record is received by the Court of Appeals. VA. CODE § 17.1-408; Rule 5A:12(a).

2. In appeals of right, the time for filing the designation of the contents to be included in the appendix runs from this date, Rule 5A:25(b), and the appendix and opening brief of the appellant are due no later than 40 days after the record is received by the Court of Appeals, Rule 5A:19(b)(1).

**Please consult Part 5A of the Rules for information on filing times and other requirements. Failure to comply with the rules may result in various sanctions, including dismissal of the appeal.**

For the Clerk,

Rosellis J. Graham
Deputy Clerk

EXHIBIT B

**COURT OF APPEALS**
**OF VIRGINIA**

FILED
COURT SERVICES
2006 NOV -9 PM 2:31

JOHN T. FREY
CLERK, CIRCUIT COURT
FAIRFAX, VA



**CHIEF JUDGE**
    WALTER S. FELTON, JR.
**JUDGES**
    JAMES W. BENTON, JR.
    LARRY G. ELDER
    ROBERT P. FRANK
    ROBERT J. HUMPHREYS
    JEAN HARRISON CLEMENTS
    D. ARTHUR KELSEY
    ELIZABETH A. McCLANAHAN
    JAMES W. HALEY, JR.
    WILLIAM G. PETTY
    RANDOLPH A. BEALES

**SENIOR JUDGES**
    SAM W. COLEMAN III
    JERE M.H. WILLIS, JR.
    ROSEMARIE ANNUNZIATA
    RUDOLPH BUMGARDNER, III
    JOHANNA L. FITZPATRICK
**CLERK**
    CYNTHIA L. McCOY
**REPORTERS**
    RONALD J. BACIGAL
    ROBERT E. SHEPHERD, JR.
**CHIEF STAFF ATTORNEY**
    JOHN T. TUCKER, III

109 NORTH EIGHTH STREET
RICHMOND, VIRGINIA 23219-2321
(804) 371-8428 (V/TDD)

November 6, 2006

Kevin M. Jones
4713 Wisconsin Avenue, N.W.
Washington, D.C. 20016

Re:    *Kevin M. Jones v. WMATA: The Rex Bus Company, et al.*
        Record No. 2713-06-4

Dear Mr. Jones:

    The notice of appeal in the above-referenced case was received in this office on November 3, 2006 without the required $50.00 filing fee. Pursuant to Rule 5A:6(c) and the message I left at your home earlier today, the fee, or proper evidence that you are exempt from the payment of the fee, must be **received in this office** by the close of business on **November 13, 2006** in order for the notice to be filed.

    Rule 5A:6(c) provides that "if the fee is not received within such time, the appeal will be dismissed."

Sincerely,

Justin Shelton
Deputy Clerk

*please Send to
the Court of Appeals
please!*

Enclosure
C:    Frederic Schuster, Esq.
      Jay R. Goldman, Esq.

EXHIBIT B

VIRGINIA:

IN THE CIRCUIT COURT OF THE COUNTY OF FAIRFAX

KEVIN M. JONES

    Plaintiff

                               AT LAW NO.: CL-2006-0007320

v.

WMATA:
Rex Bus Company, et al

    Defendants

## ORDER

UPON CONSIDERATION of Defendant's Motion to Dismiss Plaintiff's Complaint and

any response thereto, it is this ___1st___ day of ___December___, 2006,

ORDERED that Defendant's Motion is GRANTED and that Plaintiff's Complaint is

hereby DISMISSED WITH PREJUDICE as to Defendant Jorge Alberto Avalos.

_____

JUDGE, GAYLORD FINCH, JR.
Circuit Court of the County of Fairfax

I ASK FOR THIS:

_____

JAY R. GOLDMAN, ESQ.
Counsel for Defendant Avalos

SEEN: EXCEPTIONALLY OBJECTS

_____

KEVIN JONES
Pro Se Plaintiff

_____

FREDRIC SCHUSTER, ESQ.
Counsel for Defendant WMATA

EXHIBIT C

VIRGINIA:

IN THE CIRCUIT COURT OF THE COUNTY OF FAIRFAX

KEVIN M. JONES

    Plaintiff

v.                        AT LAW NO.: CL-2006-0007320

WMATA:
Rex Bus Company, et al

    Defendants

## ORDER

Upon consideration of the Motion for Attorney's Fees filed by the Plaintiff, and any opposition thereto, and   IT APPEARING TO THE COURT that this motion ought to be DENIED, IT IS ADJUDGED AND ORDERED that the Plaintiff's Motion be DENIED; and

THIS MATTER IS CONTINUED

ENTERED this ___29___ day of _____, 2006.

*The Court will award defendants' their fees in the event Plaintiff refiles another Motion for Attorney's fees.*

_____
JUDGE

I Ask For This:

_____
Jay R. Goldman, Esquire 19917
Allstate Insurance Company Staff Counsel
Counsel for Defendant
3141 Fairview Park Drive, Suite 175
Falls Church, VA 22042
Telephone: 703-645-7825
Facsimile:  703-846-0566

EXHIBIT D

Seen: *PRO-SE EXCEPTABLY OBJECTS*

Kevin M. Jones
4713 Wisconsin Avenue, N.W.
Washington, DC  20016
Telephone:  202-364-1419



Frederic H. Schuster, Esq.
600 Fifth Street, N.W.
Washington, D.C.  20001
Telephone: 202-962-2560
Counsel for Defendant WMATA

*EXHIBIT D*

9-8-06
DJS

VIRGINIA:

## IN THE CIRCUIT COURT OF FAIRFAX COUNTY

*Jones*

Plaintiff / ~~Complainant~~

Case No. 06-7320

V.

*WMATA*
Defendant

## ORDER

This cause came to be heard on the _8_ day of _Sept_, 2_006_,
on the Plaintiff's / ~~Defendant's~~ motion for _leave to amend_

Upon the matters presented to the Court at the hearing, it is **ORDERED** as
follows: _Plaintiff's motion to amend to request attorney fees is denied._

Entered this _8th_ day of _Sept_, 2_006_

_____
Judge

SEEN:
*Waived as reflects ruling made in writing rec'd in open court & he left without...*

_____
Counsel for Plaintiff (s)

*Brenda R. Howell...*
Counsel for Defendant (s)

EXHIBIT E

# REPRESENTATION AGREEMENT

**Attorney:** KEVIN M. JONES, PRO-SE    **Date:** JAN. 13, 2006

**Client:** Kevin M. Jones

1. The attorney agrees to represent the client in the following matter:

Kevin M. Jones v. WMATA, ET'AL;
Case No. CL – 06 – 7320; in the Circuit Court of the County of Fairfax

2. The client agrees to pay the attorney a fee based on a rate of $300.00 Dollars/hour; in the event of an appeal the client agrees to pay the attorney a fee based on a rate of $1000.00 Dollars/hour.

3. The client acknowledges that the attorney may incur various expenses in providing services to the client. The client authorizes the attorney to incur these expenses and agrees to reimburse the attorney for all such expenses.

4. The attorney agrees to use the attorney's best efforts in representing the client in this matter; however, the client acknowledges that the attorney has given no assurances regarding the outcome of this matter.

5. This agreement may be terminated by the client at any time. This agreement may be terminated by the attorney as permitted or required by the Virginia Rules of Professional Conduct or the Rules of Court. In the event of termination, the client shall pay to the attorney any fees earned or expenses incurred.

6. Representation, in this matter, began upon notice that client would need an attorney to represent him in the Courts of the State of Virginia.

7. The client acknowledges that the Standard Provisions attached hereto are a part of this agreement.


**Kevin M. Jones, Pro-Se,**
**Attorney**


Kevin M. Jones, Pro-Se
4713 Wisconsin Ave. N.W.
Washington, D.C.  20016
(202) 364-1419

1

EXHIBIT E

## STANDARD PROVISIONS

**Scope of Engagement.** The attorney shall represent the client in all facets of the litigation of in this matter set out in this agreement, including appeals and retrials.

**Cooperation.** The client agrees to cooperate with the attorney, to keep the attorney informed of the client's current address and phone number, and to respond promptly, honestly, and fully to the attorney's request for information.

**Expenses.** The expenses for which the client agrees to reimburse the attorney include, but are not limited to, the fees charged by court reporters, appraisers, accountants, investigators, expert witnesses, and process servers, and the cost of serving and filing papers, recording or certifying documents, depositions, transcripts, investigations, witnesses, long-distance telephone calls, faxes, copying, travel, overnight delivery, and postage.

Kevin M. Jones, Pro-Se
4713 Wisconsin Ave. N.W.
Washington, D.C. 20016
(202) 364-1419

2

EXHIBIT E

VIRGINIA:

IN THE CIRCUIT COURT OF THE COUNTY OF FAIRFAX

KEVIN M. JONES

        Plaintiff

v.

WMATA:
Rex Bus Company, et al

        Defendants

AT LAW NO.: CL-2006-0007320

ORDER

Upon consideration of the Motion for Leave to File Answer Nunc Pro Tunc filed by the Defendant, Jorge Alberto Avalos, and any opposition thereto, and   IT APPEARING TO THE COURT that this motion ought to be granted, IT IS ADJUDGED AND ORDERED that the Defendant's Motion be granted and ~~the answer of~~ Defendant, Jorge Alberto Avalos, be ~~deemed~~ file ~~nunc pro tunc to July 6, 2006.~~ *given leave to his answer and grounds of defense.* *The answer filed previously is deemed timely filed*

ENTERED this ___25___ day of ___Aug___, 2006.

_____
JUDGE

EXHIBIT F

000075

I ASK FOR THIS:

_____ *Jay R. Goldman /bre*

Jay R. Goldman, Esquire 10917
Allstate Insurance Company Staff Counsel
Counsel for Defendant Avalos
3141 Fairview Park Drive, Suite 175
Falls Church, VA 22042
Telephone: 703-645-7825
Facsimile:  703-846-0566


SEEN AND_____


*Personally appeared — refused to sign*

Kevin M. Jones
Plaintiff
4713 Wisconsin Avenue, N.W.
Washington, DC 20016
Telephone:  202-364-1419

SEEN AND AGREED

*Anne L. Gaffney*

Fredric Schuster, Esquire
Washington Metropolitan Area Transit Authority
Counsel for Defendant WMATA
600 5th Street, NW
Washington, D.C. 20001
Telephone: 202-962-2560
Facsimile: 202-962-2550



abm

EXHIBIT F

### AFFIDAVIT

**STATE OF VIRGINIA,**
**COUNTY OF FAIRFAX,** to wit:

Kevin M. Jones, Pro-Se, being first duly sworn, deposes and says:

1. I am the attorney for Kevin Michael Jones in the entitled cause of Kevin Michael Jones v. Jorge Alberto Avalos and W.M.A.T.A., Case No. CL-06-7320, in the Circuit Court of the County of Fairfax, and the Petitioner in this application for a Writ of Certiorari;

2. Petitioner, through his attorney, in accordance with the Rules of this Honorable Court and the laws of the State, gave Notice of his intention to transfer this case to the United States District Court at the District of Columbia seeking a Writ of Certiorari in this case, by the United States Court of Appeals, the same being addressed to all parties of interest and to the United States District Court at the District of Columbia

3. Affiant further declares that all averments made in this Affidavit and in the attached Petition are true and correct.

Kevin M. Jones, Pro-Se,

Sworn to and subscribed before me on this 7th day of August, 2008.

My commission expires: _01/31/2010_

Notary Public

Kevin M. Jones, Pro-Se
4713 Wisconsin Ave., N.W.
Washington, D.C. 20016
(202) 364-1419

## MEMORANDUM OF LAW

In accordance with *Supreme Court of Virginia Rule 5A:10, Virginia Forms No. 8-202,* as to, Appellant Procedure, the record on Appeal is due within three (3) months after entry of Judgment appealed from and under the provisions of *Supreme Court of Virginia Rule 5A:12,* within forty (40) days after the filing of the record.

Under the provisions of *Code of Virginia, Section 17.1-606,* State policies imposing conditions on the exercise of basic rights, which operate harshly upon the poor must be clearly justified in order to be constitutionally permissible. *Burruss v. Wilkerson, 301 F. Supp. 1237 (W.D. Va. 1968).* Due process prohibits a State from denying access to its Courts to individuals who seek judicial dissolution of their marriages solely because of their inability to pay. *Boddie v Connecticut, 401 U.S. 371, 91 S.Ct. 780, 28 L. Ed. 2d 113 (1971).*

Pursuant to *Code of Virginia, Section 15.2-3524,* the Court shall by ORDER fix a time within which a voter, property owner, other person or political subdivision not served may become a party to proceedings instituted under this article for the creation of a consolidated city and thereafter no such Petition shall be received, except for good cause shown. A copy of the ORDER shall be published at least once a week for two successive weeks in a newspaper or newspapers of general circulation in the localities proposing to consolidate and in the Counties and Cities contiguous thereto. In accordance with *Title 28 U.S.C., Section 1446(b),* the Notice of Removal of a civil action or proceeding shall be filed within thirty days after receipt by Defendant, through service or otherwise, of a copy of the initial pleading setting forth the claim for relief upon which such action or proceeding is based, or within thirty days after the service of summons upon the

Defendant if such initial pleading has been filed in Court and is not required to be served on the Defendant, whichever period is shorter.

Pursuant to *Code of Virginia, Section 25.1-234,* any tenant under a lease with a term of 12 months or longer may participate in the proceedings to determine just compensation to the same extent as his landlord or the owner, if, not less than 10 days prior to the date for the trial of the issue of just compensation, such tenant shall file his Petition for intervention, in the manner provided in *Code of Virginia, Section 25.1-221.* Such Petition for intervention shall include (i) a verified copy of the lease under which he is in possession and (ii) an Affidavit by the tenant or his duly authorized agentor attorney, stating:

1. That he claims an interest in the award; and

2. That he desires to offer admissible evidence concerning the value of the property being taken or damaged.

## REQUEST FOR CERTIFICATION AND TRANSMISSION OF COURT MEMORANDUM OF OPINION

To Patricia L. Harrington, Clerk of the Supreme Court of Virginia:

Pursuant to *Code of Virginia, Section 17.1-208,* you are requested by Kevin M. Jones, Pro-Se, Attorney for Petitioner, to certify and transmit to Kevin Michael Jones and the United States District Court at the District of Columbia the Memorandum of Opinion of the Supreme Court of Virginia in the controversial matter of Kevin Michael Jones v. Jorge Alberto Avalos and W.M.A.T.A., as to the ORDER of the Supreme Court of Virginia rendered on July 17, 2008.

Date: August 5, 2008.

Kevin M. Jones, Pro-Se,

## REQUEST FOR CERTIFICATION AND TRANSMISSION OF RECORD

To John T. Frey, Clerk of the Circuit Court of the County of Fairfax:

Pursuant to *Code of Virginia, Section 17.1-208,* you are requested to certify and transmit to the United States District Court at the District of Columbia the entire record of the proceedings in the case of Kevin Michael Jones v. Jorge Alberto Avalos and W.M.A.T.A., Case No. CL-06-7320, in the Circuit Court of the County of Fairfax.

In addition to transmission of entire record to United States District Court, Kevin M. Jones, Pro-Se, request that a copy of all Circuit Court Opinions be transmitted to Kevin Michael Jones, 4719 Wisconsin Ave., N.W., Washington, D.C. 20016.

Date: August 5, 2008.

Kevin M. Jones, Pro-Se,

Kevin M. Jones, Pro-Se
4713 Wisconsin Ave., N.W.
Washington, D.C.  20016
(202) 364-1419

## CERTIFICATE OF SERVICE

I hereby certify on this 11th day of August, 2008, that a true copy of this instrument has

been forwarded to all parties of interest:

Brenda R. Howdershell, Esq.
Allstate Insurance Company, Staff Counsel
Fax: (703) 293-3888

and

Frederic H. Schuster, Esq.
W.M.A.T.A., Associate General Counsel
Fax: (202) 962-2550

and

C. Nicole Gilliam, Assistant Virginia Attorney General
Office of the Virginia Attorney General
Fax: (804) 371-2087

and

John T. Frey, Clerk
Circuit Court of the County of Fairfax
4110 Chain Bridge Road
Fairfax, Virginia 22030
(703) 246-2770

and

Cynthia McCoy, Clerk
Court of Appeals of Virginia
109 North Eighth Street
Richmond Virginia 23219-2305
(804) 371-8428

and

Patricia L. Harrington, Clerk
Supreme Court of Virginia
100 North Ninth Street, 5th Floor
Richmond, Virginia 23219
(804) 786-2251

and

R. Terrence Ney, Judge
Judicial Center Judges Chambers
4110 Chain Bridge Road
Fairfax, Virginia  22030
(703) 246-2221

Kevin M. Jones, Pro-Se,

Kevin M. Jones, Pro-Se
4713 Wisconsin Ave., N.W.
Washington, D.C.  20016
(202) 364-1419

**VIRGINIA:**

## IN THE SUPREME COURT OF VIRGINIA

**KEVIN MICHAEL JONES**
**Plaintiff**

v.

Record No. _____

Court of Appeals of Virginia Record No. 1149-08-4
Circuit Court of Fairfax County Case No. CL-06-7320

**JORGE ALBERTO AVALOS**
**and**
**W.M.A.T.A.**
**Defendant(s)**

N

To the Su

The abo                                                                strict

Court at th                                                              ourt

of Appeals                                                              er

the provisi

the relevant

from the OR                                                             Virginia, under which ORDER

Respondent, on June 17, 2008, compelled Petit

Fifty Dollars ($50.00 Dollars) filing fee in the S

2008, in the case of Kevin Michael Jones v. Jor

No. CL-06-7320, on Appeal from the Circuit Co

of Appeals of Virginia. In support of this Applic

### I. Order and Opi

On June 17, 2008, Respondent duly made and

Respondent on its own discretion refused to file

TRANSMISSION VERIFICATION REPORT

```
TIME  : 08/11/2008 11:12
NAME  :
FAX   :
TEL   :
SER.# : BROH3J592557
```

```
DATE,TIME          08/11  11:03
FAX NO./NAME       2029622550
DURATION           00:09:08
PAGE(S)            44
RESULT             OK
MODE               STANDARD
                   ECM
```

```
TRANSMISSION VERIFICATION REPORT
```

```
                              TIME  : 08/11/2008 11:02
                              NAME  :
                              FAX   :
                              TEL   :
                              SER.# : BROH3J592557
```

```
DATE,TIME              08/11  10:52
FAX NO./NAME           18043712087
DURATION               00:10:00
PAGE(S)                44
RESULT                 OK
MODE                   STANDARD
                       ECM
```

TRANSMISSION VERIFICATION REPORT

```
TIME   : 08/11/2008 11:21
NAME   :
FAX    :
TEL    :
SER.#  : BROH3J592557
```

```
DATE,TIME          08/11  11:12
FAX NO./NAME       7032933888
DURATION           00:08:57
PAGE(S)            44
RESULT             OK
MODE               STANDARD
                   ECM
```

**DISTRICT OF COLUMBIA:**

## IN THE UNITED STATES DISTRICT COURT

**KEVIN MICHAEL JONES**
**4713 Wisconsin Ave., N.W.**
**Washington, D.C. 20016**

**v.**

**JORGE ALBERTO AVALOS**
**7123 Richmond Highway, Apt. 108**
**Alexandria, Virginia**

**and**

**W.M.A.T.A.**
**600 Fifth Street, N.W.**
**Washington, D.C. 20001**

**Civil Action No. 08 - 1370**
**Civil Rights** J. D. B.

## SUPPLEMENTAL COMPLAINT

1. The Jurisdiction of this case is invoked pursuant to Title 28 U.S.C., Section 1331, in that it arises under *Title 28, U.S.C., Section 1343, Title 42 U.S.C., Section 1983* and *Title 42 U.S.C., Section 1985.*

2. Plaintiff is a homeless man who does not reside or have any principal place of business within any such Judicial District. Plaintiff is informed and believes that Defendant, Jorge Alberto Avalos, is and at all times material, a resident of Alexandria, Virginia, represented by Allstate Insurance Company and Defendant, W.M.A.T.A., is and at all times material, a Local Government Entity with its principal place of business located in the District of Columbia.

3. Beginning in the year 2006, Plaintiff instituted suit as the Counsel of Record, in the Civil Matter of: Kevin Michael Jones v. Jorge Alberto Avalos and W.M.A.T.A., in the Circuit Court of the County of Fairfax at its office located at 4110 Chain Bridge Road,

Fairfax, Virginia 22030. As part of Plaintiff's duties in that position, Plaintiff asserted, knowledge of the material facts with respect to Plaintiff's substantive and substantial rights conferred by law to the Tribunal of Jurisdiction.

4. In the performance of Plaintiff's duties, Plaintiff cited statutory provisions conferred by law, as to each Defendant's wrongdoings, upon which relief can be granted. These Defendants were allowed to continue their course without regard for sound just principles and without sanction for their violations thereof; thus, encouraged.

5. At all times material, Defendant W.M.A.T.A. was represented by Associate General Counsel, Frederic H. Schuster, and Defendant Jorge Alberto Avalos was represented by Allstate Insurance Company Staff Counsel, Brenda R. Howdershell and Jay R. Goldman, under the Jurisdiction of the Circuit Court of the County of Fairfax, solely responsible for the formation of Court Procedure and Direction of Proceedings Under Color of Law.

6. At all times material, the Circuit Court of the County of Fairfax, State of Virginia, is a Municipal Corporation, under the Laws of the United States Judicial System, engaged in the business of Administration of Justice.

7. At all times material, Defendants Jorge Alberto Avalos and W.M.A.T.A. were, together and individually, directly and indirectly, engaged in the business of operating a motor vehicle in and about Fairfax County, Virginia. From that endeavor, Defendants employed the above-named Counsel to represent their respective interest in the Circuit Court of the County of Fairfax.

8. Beginning in the year 2006, and continuing through days present, the above-named Counsel of Defendants and the Circuit Court of the County of Fairfax, conspired to associate for the purpose of depriving Plaintiff entitled relief, as to liability for injury to

passenger in motor vehicle, in the Circuit Court of the County of Fairfax by whatever means, legal or illegal, available to them. As part of the conspiracy, it was agreed by and between the Defendants that the Circuit Court of the County of Fairfax in the conduct of their business, would protect the Defendants from any criminal prosecution when, in the pursuit of their purpose, they committed criminal acts. As a further part of the conspiracy it was agreed by and between the Defendants that the Circuit Court of the County of Fairfax, in the conduct of its business, would harass or arrange to harass and cause economic harm to the Plaintiff.

9. In doing the acts alleged, each of the above-named Counsel of Defendants acted as the agent for and on behalf of the other Defendants, and was acting, at all times material, within the course and scope of their respective agencies and in the furtherance of the above-described conspiracy.

10. At some point prior to March 30, 2007, and in the furtherance of the above-described conspiracy Defendant Brenda R. Howdershell solicited the Circuit Court of the County of Fairfax to grant untimely Answers and Grounds of Defense timely in light of valid sustainable Default Judgment.

11. In the furtherance of the above-described conspiracy, the Circuit Court of the County of Fairfax, acting Under Color of State Law, attempted to dissuade Plaintiff from performing his duties and particularly from Appealing to Courts of Record in the State.

12. In September 2006, Plaintiff, as part of his duties, Appealed a Judgment of the Circuit Court of the County of Fairfax, to the Court of Appeals of Virginia, having Supersedeas Jurisdiction over the Circuit Court of the County of Fairfax. Upon review, without any Memorandum Opinion, as to Findings, the Court of Appeals of Virginia

transferred the Case to the Supreme Court of Virginia, in compliance with State Jurisdiction Laws. As a result of Plaintiff's action, the Supreme Court of Virginia dismissed the Plaintiff's claim Without Prejudice, as to an appealable ORDER from the Circuit Court.

13. At some point prior to March 30, 2007, and in the furtherance of the above-described conspiracy, Defendant Jay R. Goldman solicited the Circuit Court of the County of Fairfax to Dismiss With Prejudice the action, as to Defendant Jorge Alberto Avalos.

14. At some point prior to March 30, 2007, and in furtherance of the above-described conspiracy, Defendant Frederic H. Schuster, solicited the Circuit Court of the County of Fairfax to deny Plaintiff of his Constitutional Right to be heard.

15. In the furtherance of the above-described conspiracy, on March 30, 2007, the Circuit Court of the County of Fairfax dismissed the Plaintiff's claim With Prejudice, as to Defendant W.M.A.T.A., proscribing an issue purportedly settled by Judicial Decision.

16. Thereafter, the Circuit Court of the County of Fairfax solicited the Court of Appeals of Virginia and the Supreme Court of Virginia to obstruct reasonable efforts of Plaintiff to have this matter Judicially Resolved.

17. In doing the acts described above, Defendants and the Circuit Court of the County of Fairfax attempted to impede, hinder, obstruct or defeat the due course of justice in the State of Virginia, with the intent to injure Plaintiff and to deny Plaintiff the right of Equal Protection of Laws within the meaning of *Title 42 U.S.C., Section 1983, Title 42 U.S.C., Section 1985,* and *Title 28 U.S.C., Section 1343.*

18. In doing the above-described unlawful acts, Counsel of Defendants and the Circuit Court of the County of Fairfax induced unfair methods of competition declared unlawful

within the meaning of *Title 15 U.S.C., Section 45, Title 15 U.S.C., Section 57b,* and *Title 15 U.S.C., Section 57b-1*

19. As a direct and proximate result of the above-described unlawful conduct of Defendants and the Circuit Court of the County of Fairfax, Plaintiff suffered severe and grievous injury requiring the expenditure of money for medical expenses to Plaintiff's loss in the amount of approximately Seven Thousand ($7,000.00) Dollars.

20. As a further direct and proximate result of the above-described unlawful conduct of Defendants and the Circuit Court of the County of Fairfax, Plaintiff has been diverted from other income producing proceedings; specifically, forced to rely on excusable neglect, on Petition for Writ of Certiorari in the Supreme Court of the United States, the compensation in that matter is in excess of Thirty Million ($30,000,000.00) Dollars.

21. As a further direct and proximate result of the above-described unlawful conduct of Defendants and the Circuit Court of the County of Fairfax, Plaintiff will continue to suffer medical losses and loss of compensation in an amount not yet ascertained.

22. As a further direct and proximate result of the above-described unlawful conduct of Defendants and the Circuit Court of the County of Fairfax, Plaintiff suffered the Deprivation of Plaintiff's Constitutional Rights, pain, discomfort, disability, mental and emotional anguish, and fear, to Plaintiff's damage in the amount of Forty-Nine Million ($49,000,000.00) Dollars.

23. As a further direct and proximate result of the above-described unlawful conduct of Defendants and the Circuit Court of the County of Fairfax, Plaintiff has been and will be required to spend money for legal fees to secure recovery for damages incurred, in an amount not yet ascertained.

24. In doing the above-described unlawful acts, Defendants acted maliciously, with intent to kill or permanently injure Plaintiff. Plaintiff is, therefore, entitled to exemplary damages in the amount of Thirteen Million ($13,000,000.00) Dollars.

WHEREFORE, Plaintiff, Kevin Michael Jones, prays that:

1. the United States Court of Appeals express authority granting the United States District Court Original Jurisdiction of this civil matter of controversy, having the Clerk of the United States District Court place the case on its active docket for proceedings, and

2. the United States District Court intervene transferring this matter of controversy from the Supreme Court of Virginia to the United States District Court, and

3. the United States District Court make an ORDER requiring the Courts in the State of Virginia to refrain, cease, and desist from any further proceedings in this matter, and

4. to grant any further relief that the Court deems Just.

Date: August 22, 2008.

                                        Kevin M. Jones, Pro-Se,


Kevin M. Jones, Pro-Se
4713 Wisconsin Ave., N.W.
Washington, D.C.  20016
(202) 364-1419

## CERTIFICATE OF SERVICE

I hereby certify on this 28th day of August, 2008, that a that a true copy of the forgoing

instrument has been forwarded to all parties of interest:

Office of the United States Attorney
Jeffrey A. Taylor, United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
Fax: (202) 353-0121

and

United States Department of Justice
Michael B. Mukasey, United States Attorney General
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001
Fax: (202) 307-6777

and

Supreme Court of Virginia
Patricia L. Harington, Clerk
100 North Ninth Street
Richmond, Virginia  23219
(804) 786-2251

and

Court of Appeals of Virginia
Cynthia L. McCoy, Clerk
109 North Eighth Street
Richmond, Virginia  23219-2305
(804) 371-8428

and

Office of the Virginia Attorney General
C. Nicole Gilliam, Assistant Virginia Attorney General
900 East Main Street
Richmond, Virginia  23219
Fax: (804) 371-2087

and

## PROOF OF SERVICE

To the Honorable Clerk of the United States District Court:

It is the intention of the Plaintiff to have the Office of the Sheriff serve the Supreme Court of Virginia and the Circuit Court of the County of Fairfax, through the Order of Indigence rendered by the Circuit Court of the County of Fairfax in this matter of controversy. The Plaintiff needs to locate a copy of the Order and affix the number of copies.

Date: August 28, 2008.

Kevin M. Jones, Pro-Se,



Kevin M. Jones, Pro-Se
4713 Wisconsin Ave., N.W.
Washington, D.C.  20016
(202) 364-1419

**DISTRICT OF COLUMBIA:**

FILED
COURT SERVICES

## IN THE UNITED STATES DISTRICT COURT

2008 AUG 28  PM 12: 11

**KEVIN MICHAEL JONES**
**Plaintiff**

JOHN T. FREY
CLERK, CIRCUIT COURT
FAIRFAX, VA

v.

Civil Action No. 08 - 1370
Civil Rights

**JORGE ALBERTO AVALOS**
**and**
**W.W.A.T.A.**
**Defendant(s)**

### NOTICE OF APPEAL

To the Honorable Clerk of the United States District Court:

8(b), Plaintiff, Kevin M. Jones,

...tes Court of Appeals, pursuant to

...subsequent ORDER

...xhibit (A), and Entered, by the

...y of July, 2008; and further

...that Notice has been forwarded to

...the United States Court of

...ts Under Color of Law; whereas,

...orum for the vindication of his

...e along with Supplemented

Kevin M. Jones, Pro-Se
4713 Wisconsin Ave., N.W.
Washington, D.C. 20016
(202) 364-1419

---

**UNITED STATES POSTAL SERVICE ®**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mail. This form may be used for domestic and international mail.

From: Kevin M. Jones
4713 Wisconsin Ave, N.W.
Washington, D.C. 20016

To: Supreme Court of Virginia
Patricia L Harrington Clerk
100 North Ninth Street, 5th
Richmond, Virginia 23219

PS Form 3817, April 2007  PSN 7530-02-000-9065

$1.10

---

**UNITED STATES POSTAL SERVICE ®**

**Certificate Of Mailing**

This Certificate of Mailing provides evidence that mail has been presented to USPS® for mail. This form may be used for domestic and international mail.

From: Kevin M. Jones
4713 Wisconsin Ave, N.W.
Washington, D.C. 20016

To: Court of Appeals of V
Cynthia L McCoy, Clerk.
109 North Eighth Street
Richmond, VA 23219-2305

PS Form 3817, April 2007  PSN 7530-02-000-9065

$1.10

```
TRANSMISSION VERIFICATION REPORT
```

```
                              TIME  : 08/28/2008 12:36
                              NAME  :
                              FAX   :
                              TEL   :
                              SER.# : BROH3J592557
```

```
        DATE,TIME           08/28  12:30
        FAX NO./NAME        2029622550
        DURATION            00:06:16
        PAGE(S)             31
        RESULT              OK
        MODE                STANDARD
                            ECM
```

TRANSMISSION VERIFICATION REPORT

```
                                         TIME  : 08/28/2008 12:29
                                         NAME  :
                                         FAX   :
                                         TEL   :
                                         SER.# : BROH3J592557
```

```
        DATE,TIME               08/28  12:23
        FAX NO./NAME            2029622550
        DURATION               00:06:43
        PAGE(S)                31
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```

```
┌─────────────────────────────────────────┐
│    TRANSMISSION VERIFICATION REPORT      │
└─────────────────────────────────────────┘

                              TIME  : 08/28/2008 12:22
                              NAME  :
                              FAX   :
                              TEL   :
                              SER.# : BROH3J592557


┌───────────────────────────────────────────────────────────────────────────┐
│                                                                             │
│     DATE,TIME                    08/28  12:16                                │
│     FAX NO./NAME                 7032933888                                  │
│     DURATION                     00:06:05                                    │
│     PAGE(S)                      31                                          │
│     RESULT                       OK                                          │
│     MODE                         STANDARD                                    │
│                                  ECM                                         │
│                                                                             │
└───────────────────────────────────────────────────────────────────────────┘
```

```
┌─────────────────────────────────────────┐
│   TRANSMISSION VERIFICATION REPORT       │
└─────────────────────────────────────────┘

                              TIME  : 08/28/2008 12:15
                              NAME  :
                              FAX   :
                              TEL   :
                              SER.# : BROH3J592557
```

| | |
|---|---|
| DATE,TIME | 08/28  12:09 |
| FAX NO./NAME | 7032933888 |
| DURATION | 00:06:30 |
| PAGE(S) | 31 |
| RESULT | OK |
| MODE | STANDARD |
| | ECM |

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 08/28/2008 12:08
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : BROH3J592557
```

```
    DATE,TIME              08/28  12:01
    FAX NO./NAME           18043712087
    DURATION               00:06:45
    PAGE(S)                31
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```

```
TRANSMISSION VERIFICATION REPORT
```

```
                                    TIME  : 08/28/2008 12:01
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : BROH3J592557
```

```
    DATE,TIME              08/28  11:54
    FAX NO./NAME           18043712007
    DURATION               00:07:11
    PAGE(S)                31
    RESULT                 OK
    MODE                   STANDARD
                           ECM
```

TRANSMISSION VERIFICATION REPORT

```
                              TIME  : 08/28/2008 11:46
                              NAME  :
                              FAX   :
                              TEL   :
                              SER.# : BROH3J592557
```

```
     DATE,TIME              08/28  11:40
     FAX NO./NAME           2023076777
     DURATION               00:06:43
     PAGE(S)                31
     RESULT                 OK
     MODE                   STANDARD
                            ECM
```

TRANSMISSION VERIFICATION REPORT

```
                                    TIME   : 08/28/2008 11:53
                                    NAME   :
                                    FAX    :
                                    TEL    :
                                    SER.# : BROH3J592557
```

```
        DATE,TIME              08/28  11:47
        FAX NO./NAME           2023076777
        DURATION               00:06:15
        PAGE(S)                31
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 08/28/2008 12:52
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : BROH3J592557
```

```
DATE,TIME                08/28  12:46
FAX NO./NAME             2023530121
DURATION                 00:06:45
PAGE(S)                  31
RESULT                   OK
MODE                     STANDARD
                         ECM
```

TRANSMISSION VERIFICATION REPORT

```
                                    TIME  : 08/28/2008 12:59
                                    NAME  :
                                    FAX   :
                                    TEL   :
                                    SER.# : BROH3J592557
```

```
        DATE,TIME              08/28  12:53
        FAX NO./NAME           2023530121
        DURATION               00:06:21
        PAGE(S)                31
        RESULT                 OK
        MODE                   STANDARD
                               ECM
```